```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 01104
   SABRINA K MANUEL
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8019

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/18/2008 and was confirmed 04/09/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED         1257.39           .00          .00
TIDEWATER MOTOR CREDIT     UNSECURED        13996.07           .00          .00
CALVARY PORTFOLIO SERVIC   UNSECURED          719.34           .00          .00
NATIONWIDE COMMERCIAL LP   UNSECURED          883.68           .00          .00
RMI/MCSI                   UNSECURED          500.00           .00          .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          601.31           .00          .00
GLOBAL PAYMENTS            UNSECURED          125.00           .00          .00
ILLINOIS TITLE LOANS       SECURED VEHIC      650.00          5.01        49.58
R & R COMPANY MOTORS INC   SECURED VEHIC     3340.00         24.67       325.10
R & R COMPANY MOTORS INC   UNSECURED       NOT FILED           .00          .00
INTERNAL REVENUE SERVICE   PRIORITY          1326.80           .00          .00
AMERICAN COLLECTION        UNSECURED       NOT FILED           .00          .00
AMERICAS RECOVERY NETWOR   UNSECURED       NOT FILED           .00          .00
AMERICAS RECOVERY NETWOR   UNSECURED       NOT FILED           .00          .00
ATLANTIC MANAGEMENT 2      UNSECURED       NOT FILED           .00          .00
BARONS CREDITORS SERVICE   UNSECURED       NOT FILED           .00          .00
CCA                        UNSECURED       NOT FILED           .00          .00
CHECK INTO CASH INC        UNSECURED          622.00           .00          .00
CHECK RECOVERY SYSTEMS     UNSECURED       NOT FILED           .00          .00
CREDIT MANAGEMENT INC      UNSECURED       NOT FILED           .00          .00
CREDIT MANAGEMENT INC      UNSECURED       NOT FILED           .00          .00
CREDIT PROTECTION          UNSECURED       NOT FILED           .00          .00
CREDIT PROTECTION          UNSECURED       NOT FILED           .00          .00
CREDITORS COLLECTION BUR   UNSECURED       NOT FILED           .00          .00
CREDTRS COLL               UNSECURED       NOT FILED           .00          .00
CREDTRS COLL               UNSECURED       NOT FILED           .00          .00
FIRST SAVINGS BANK/ HEGW   UNSECURED       NOT FILED           .00          .00
HARVARD COLLECTION SERVI   UNSECURED       NOT FILED           .00          .00
HELVEY & ASSOC             UNSECURED       NOT FILED           .00          .00
ILLINOIS DEPT OF EMP SEC   UNSECURED       NOT FILED           .00          .00
ILLINOIS ATTORNEY'S GENE   NOTICE ONLY    NOT FILED           .00          .00
LAKE IMAGING LLC           UNSECURED           78.00           .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 01104 SABRINA K MANUEL
```

```
MEDICAL BUSINESS BUREAU     UNSECURED       NOT FILED              .00              .00
MEDICAL COLLECTIONS SYS     UNSECURED       NOT FILED              .00              .00
MERRICK                     UNSECURED       NOT FILED              .00              .00
JEFFERSON CAPITAL SYSTEM    UNSECURED          920.95              .00              .00
BLATT HASENMILLER LEIBSK    NOTICE ONLY     NOT FILED              .00              .00
MUTUAL HOSPITAL SVC INC     UNSECURED       NOT FILED              .00              .00
MUTUAL HOSPITAL SVC INC     UNSECURED       NOT FILED              .00              .00
MUTUAL HOSPITAL SVC INC     UNSECURED       NOT FILED              .00              .00
MUTUAL HOSPITAL SVC INC     UNSECURED       NOT FILED              .00              .00
MUTUAL HOSPITAL SVC INC     UNSECURED       NOT FILED              .00              .00
MUTUAL HOSPITAL SVC INC     UNSECURED       NOT FILED              .00              .00
NCO FINANCIAL SYSTEM        UNSECURED       NOT FILED              .00              .00
NDC CK SVC                  UNSECURED       NOT FILED              .00              .00
PORTFOLIO ACQUISITIONS      UNSECURED       NOT FILED              .00              .00
PORTFOLIO RECOVERY ASSOC    UNSECURED          289.70              .00              .00
PROFESSIONAL ACCOUNT MGM    UNSECURED       NOT FILED              .00              .00
RMI/MCSI                    UNSECURED       NOT FILED              .00              .00
RMI/MCSI                    UNSECURED       NOT FILED              .00              .00
RMI/MCSI                    UNSECURED       NOT FILED              .00              .00
SENEX SERVICES CORP         UNSECURED       NOT FILED              .00              .00
SENEX SERVICES CORP         UNSECURED       NOT FILED              .00              .00
TELECHECK SERVICES          UNSECURED       NOT FILED              .00              .00
THE LOAN MACHINE            UNSECURED       NOT FILED              .00              .00
FREEDMAN ANSEIMO LINDBER    NOTICE ONLY     NOT FILED              .00              .00
WEST ASSET MANAGEMENT       UNSECURED       NOT FILED              .00              .00
4M REAL ESTATE SOLUTIONS    NOTICE ONLY     NOT FILED              .00              .00
RJM ACQUISITIONS            UNSECURED       NOT FILED              .00              .00
RMI/MCSI                    UNSECURED       NOT FILED              .00              .00
LEDFORD & WU                DEBTOR ATTY      3,000.00                              382.25
TOM VAUGHN                  TRUSTEE                                                 68.39
DEBTOR REFUND               REFUND                                                   .00

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    855.00

PRIORITY                                                  .00
SECURED                                                374.68
    INTEREST                                            29.68
UNSECURED                                                 .00
ADMINISTRATIVE                                         382.25
TRUSTEE COMPENSATION                                    68.39
DEBTOR REFUND                                             .00
                         ---------------       ---------------
TOTALS                     855.00                      855.00


              PAGE  2 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 01104 SABRINA K MANUEL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 12/22/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```